IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Plaintiff,

Case No. 2:07-cr-168

JOHN BALURO,

Defendant.

_____/

## ORDER TO EXTEND SURRENDER DATE

THIS CAUSE, came before the Court on the Defendants' motion to extend surrender date for 15 days. After being fully advised in the premises, it is

ORDERED and ADJUDGED that the motion is Granted without objection from the government and the defendant surrender date is extended until the 15th day of October, 2008 at or before noon. The defendant shall be permitted to surrender to the place so designated by the Department of Probation.

DONE and ORDERED in Chambers at Newark, New Jersey this ___ day of Oct, 2008.

Hon. Stanley R. Chesler, USDJ

Joyce M. Mallist, AUSA

Thomas F. Bello, Esq.

United States Probation

Pretrial Services