

# THOMAS F. BELLO, ESQ., P.C.
42-B Seth Court ● Second Floor ● Staten Island, New York 10301
(718)981-9191 / Facsimile (347)861-0845 / Email: tfblaw@msn.com

September 30, 2008

Honorable Stanley R. Chesler
United States District Court
For the District of New Jersey
50 Walnut Street, Room 1005
Newark, New Jersey 07101-0459

*Denied*

*[signature]*
USDJ
10/1/08

   **Re:** ***USA v. John F. Balliro / Docket No. 07-00168-001***

Dear Judge Chesler:

  As you already know this office represents the defendant in the above referenced matter.

  Mr. Balliro has been notified by the Probation Office of the District of New Jersey that he is to report to begin his period of incarceration on October 1, 2008. We respectfully write this letter for an Order permitting Mr. Balliro to surrender at a later date for the reasons set forth below. It should be noted that I have contacted the U.S. Attorney who prosecuted this case, Joyce Malliet, who consents to an extension only up until October 15, 2008.

  Mr. Balliro as you already know, takes care of his elderly parents who presently reside in Manhattan. However, as the defendant indicated at the sentencing hearing because Mr. Balliro's father has been recently stricken with severe dementia he is in need of full time care. Hence, Mr. Balliro is in the process of relocating his father from Manhattan into a home closer to Mr. Balliro's residence so that his family could watch over him during Mr. Balliro's incarceration. In addition, Mr. Balliro's brother who is also institutionalized with Cerebral Palsy at the Cabrini Medical Center is in need of family visits. Since Mr. Balliro will not be able to conduct such visits for the period of incarceration he is making arrangements with other family members to act as a substitute for him.

      For all of these reasons we ask that the Court grant Mr. Balliro an extension of time to surrender up until November 15, 2008

      We will await this Court's Order.  Thank you for your consideration.

                                              Sincerely,

                                              Thomas F. Bello